# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Glen Martin, | )<br>) |
|     Plaintiff, | )<br>) |
| vs. | )   **ORDER GRANTING MOTION**<br>)   **TO FILE UNDER SEAL**<br>) |
| Gerald Sommerdorf, GELCO Corporation<br>d/b/a GELCO Fleet Trust, and<br>NCR Corporation, | )<br>)<br>)   Case No. 1:17-cv-139 |
|     Defendant. | )<br>)<br>) |

Before the Court is "Defendant's Motion for Leave to File Under Seal" filed September 24, 2018. (Doc. No. 20). Defendant moves to file its Brief in Support of Motion to Compel Independent Medical Examinations, and exhibits under seal because it contains sensitive medical information  The court **GRANTS** the motion (Doc. No. 20) and **ORDERS** that the Defendants' Brief in Support of Motion to Compel Independent Medical Examinations and exhibits  in the above-captioned matter be filed under seal.

Dated this 25th of September, 2018.

                                                                           */s/ Charles S. Miller, Jr.*
                                                                           Charles S. Miller, Jr., Magistrate Judge
                                                                           United States District Court