# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Glen Martin, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR STATUS CONFERENCE** |
| | ) | **RE DISCOVERY DISPUTE** |
| vs. | ) | |
| | ) | |
| | ) | |
| Gerald Sommerdorf, | ) | |
| | ) | Case No.: 1:17-cv-139 |
| Defendant. | ) | |

The court shall hold a status conference with the parties by telephone on October 2, 2019, at 11:00 a.m. CDT. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 25th day of September, 2019.

>  */s/ Clare R. Hochhalter*
>  Clare R. Hochhalter, Magistrate Judge
>  United States District Court